UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CAROL PIERCE,<br><br>　　　　　　Defendant. | NO.   C07-2018<br><br>DEFAULT JUDGMENT |

Default having been entered against the Defendant in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper declaration with me as to the amount due;

Judgment is, therefore, hereby rendered in favor of the Plaintiff, United States of America, and as follows against the Defendant, Carol Pierce:

CAUSE OF ACTION

| | |
|---|---|
| Principal | $5,383.66 |
| Prejudgment Interest to September 4, 2007, at 8.00% per annum: | $7,089.70 |
| TOTAL | $12,473.36 |

1. Interest shall continue to accrue at 8.00% per annum until entry of judgment on the principal amount of $5,383.66.

2. Interest shall accrue on the total judgment amount after judgment at the legal rate until fully

DEFAULT JUDGMENT - 1
(ifaraz\doe\judgment.dft)

1  paid.

2        3. The United States of America shall have and recover filing fees allowed pursuant to 28 U.S.C.

3  § 2412(a)(2) in the amount of Three Hundred Fifty Dollars ($350.00).

4        4. The United States of America shall have and recover docketing fees allowed pursuant to 28

5  U.S.C. §1923 in the amount of Twenty Dollars ($20.00).

6

7        DATED this 21st day of March, 2008.

8

9                                                       Bruce Rifkin

10                                                      Clerk, U.S. District Court

DEFAULT  JUDGMENT - 2
(ifaraz\doe\judgment.dft)